**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6008**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TIMOTHY LEE SCAIFE, a/k/a Timothy John Scaife,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:09-cr-00376-REP-1)

Submitted: December 21, 2020                    Decided: January 11, 2021
Amended: January 12, 2021

Before AGEE and KEENAN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Timothy Lee Scaife, Appellant Pro Se. Kenneth Ray Simon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Lee Scaife appeals the district court's order denying his motion for a sentence reduction pursuant to § 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Scaife*, No. 3:09-cr-00376-REP-1 (E.D. Va. Dec. 13, 2019); *see also United States v. Legree*, 205 F.3d 724, 730 (4th Cir. 2000) (recognizing there is no right to counsel in pursuing motion for sentence reduction). We further deny Scaife's motions to appoint counsel and to substitute counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*